UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

In Re

Ulrike Inge Woelfel

Chapter 13 Case Number: 10-73064-WJL13

_____ Debtors(s)

CERTIFICATION OF DOMESTIC SUPPORT OBLIGATION PAYEES

To Trustee (mark one of the following):

_____ I HAVE paid all domestic support obligations as that term is defined in 11 U.S.C. §101(14A) that have become due on or before the date of this certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) under any order of a court or administrative agency or under any statute.

__✓__ I HAVE NOT been required to pay a domestic support obligation as that term is defined in 11 U.S.C. §101(14A) by any order of a court or administrative agency or by any statute.

_____ I AM NOT CURRENT on domestic support obligation as that term is defined in 11 U.S.C. §101(14A) by any order of a court or administrative agency or by any statute. I understand that I am NOT ELIGIBLE for discharge and am liable on this obligation.

Name: _____

Address: _____

_____

Name: _____

Address: _____

_____

Name: _____

Address: _____

_____

Dated: January 12, 2016        *(signed)* Ulrike J. Woelfel
                               Debtor

Dated: _____          _____
                               Debtor